**IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF COLORADO
Judge Robert E. Blackburn**

Criminal Case No. 02-cr-00293-REB-1

UNITED STATES OF AMERICA,

    Plaintiff,

v.

1.  JOSE LUIS NOVOA-CARDENAS,
    a/k/a Chelis,
    a/k/a Pelon,
    a/k/a Don Ice,

    Defendant.

**ORDER DENYING MOTION FOR REDUCTION OF SENTENCE**

**Blackburn, J.**

The matter before me for consideration is the defendant's **Motion For Modification/Reduction of Sentence Pursuant To The Fast Track Directive, U.S.C. § 3582(C)(2), § 3553(a) and The Supreme Court Decision Freeman v. U.S., 131 S. Ct. 2685 180 L.Ed. 2nd 519 (2011)** [#1209] filed June 25, 2012.  I deny the motion.

The defendant is proceeding *pro se*. Thus, I construe his papers liberally. *See Erickson v. Pardus*, 551 U.S. 89, 127 S. Ct. 2197, 2200, 167 L.Ed.2d 1081 (2007); *Andrews v. Heaton*, 483 F.3d 1070, 1076 (10th Cir. 2007); *Hall v. Belmon*, 935 F.2d 1106, 1110 (10th Cir. 1991) (citing *Haines v. Kerner*, 404 U.S. 519, 520-21 (1972)).

On the relevant record – considered as a whole – I conclude as follows: (1) that the Department of Justice's "Fast-Track" does not confer any enforceable procedural or substantive rights on the defendant; (2) that *Freeman v. United States*, 131 S.Ct. 2685

(2011) is inapposite because the defendant's sentence was not based on guideline that was subsequently lowered by the Sentencing Commission; and (3) that tis court lacks jurisdiction to consider a reduction in sentence where, as here, the uncontroverted facts establish that the defendant is ineligible for relief under 18 U.S.C. § 3582(c)(2). Thus, the motion must be denied.[1]

**THEREFORE, IT IS ORDERED** as follows:

1. That the defendant's **Motion For Modification/Reduction of Sentence Pursuant To The Fast Track Directive, U.S.C. § 3582(C)(2), § 3553(a) and The Supreme Court Decision Freeman v. U.S., 131 S. Ct. 2685 180 L.Ed. 2nd 519 (2011)** [#1209] is **DENIED.**

Dated August 20, 2014, at Denver, Colorado.

**BY THE COURT:**

Robert E. Blackburn
United States District Judge

---

[1] In further support of my ruling, I approve, adopt, and incorporate the reasons stated, arguments advanced, and authorities cited by the government in its response [#1226] filed August 20, 2012.